IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLO DIABY, ) | Case No.: |
| Plaintiff, ) | |
| v. ) | |
| HOWARD N. BIERMAN, TRUSTEE, *et al*, ) | |
| Defendants. ) | |

**DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), and Local Civil Rule 7.1, undersigned counsel for defendant American Home Mortgage Servicing, Inc., certify that to the best of my knowledge and belief that:

AHMSI is a majority owned subsidiary of entities affiliated with WL Ross & Co. LLC, which in turn is a wholly owned subsidiary of Invesco Private Capital, Inc., a wholly owned subsidiary of Invesco PLC, which is a publicly owned corporation whose stock trades under the symbol IVZ on the New York Stock Exchange.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

WEINER BRODSKY SIDMAN KIDER PC

By: _____
Scott D. Burke (DC Bar No. 489376)
David M. Souders (DC Bar No. 441491)
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC  20036

(202) 628-2000 (telephone)
(202) 628-2011 (facsimile)
burke@wbsk.com
souders@wbsk.com

*Attorneys for Wells Fargo Bank, N.A. as Trustee and American Home Mortgage Servicing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of April, 2010, a copy of the foregoing Corporate Disclosures was served upon the following parties and counsel of record by first class, United States Mail, postage prepaid:

Kevin J. Smith
406 Fifth Street, N.W., First Floor
Washington, DC 20001
*Counsel for Billo Diaby*

Ralph DiPietro
BIERMAN, GEESING, WARD & WOOD, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814
*Counsel for Howard N. Bierman,
Trustee; Jacob Geesing, Trustee,
and Carrie M. Ward, Trustee*

_____
Scott D. Burke